IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN D. GRANT | * |
| | * |
| PLAINTIFF | * |
| VS. | *    CIVIL ACTION NO. _____ |
| | * |
| GREGORY BARRO AND | * |
| GREGORY J. BARRO, A PROFESSIONAL | * |
| LAW CORPORATION | *    COMPLAINT AND |
| | *    DEMAND FOR A JURY TRIAL |
| DEFENDANTS | * |

## COMPLAINT

### I. Introduction

1. This is an action for damages brought by an individual consumer for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Karen D. Grant (hereinafter referred to as "Ms. Grant" or "plaintiff"), is a natural person who resides in East Baton Rouge Parish.

4. Defendant, Gregory Barro is a Louisiana attorney who is licensed to practice law in Louisiana (hereinafter referred to as "Barro"). Barro, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5.  Defendant, Gregory J. Barro, A Professional Law Corporation (hereinafter referred to as "Barro PLC") is a Louisiana corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process is Gregory J. Barro, 400 Travis Street, Suite 1004, Shreveport, Louisiana 71101. Barro PLC, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

6.  On or about February 5, 2007, defendant Barro executed an affidavit which he claimed correctly set forth his attorney's fees owed by Ms. Grant in conjunction with a collection matter for BellSouth Telecommunications, Inc. ("creditor"), a client of Barro and Barro, PLC (collectively referred to as "defendants"), against Ms. Grant.

7.  The alleged debt is claimed to be $691.08 for the balance allegedly owed by Ms. Grant for telephone service from the creditor which was primarily for personal, family or household purposes.

8.  This affidavit and its attachment labeled "**CURRENT EXPENDED TIME**" was attached as an exhibit to a state court petition filed in the City Court of Baton Rouge in a case entitled, "BellSouth Telecommunications, Inc. v. Karen D. Grant a/k/a Karen D. Moore," Number 07802-01142, Division C ("collection suit").

9.  This affidavit contains numerous false, deceptive, and misleading representations to both the state court and to Ms. Grant regarding the services rendered by defendant Barro in conjunction with this collection suit.

## DEFENDANTS' PRACTICES

10. Defendants Barro and Barro PLC violated numerous provisions of the FDCPA including but not limited to sections 1692e and 1692f.

11. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendants, Barro and Barro PLC:

    a. Additional damages from each defendant;

    b. Actual damages from each defendant;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com