UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KAREN D. GRANT

VERSUS

GREGORY J. BARRO, ET AL.

CIVIL ACTION

NO. 07-194-JJB

## JUDGMENT

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants, Gregory J. Barro and Gregory J. Barro, A Professional Law Corporation, and against plaintiff, Karen D. Grant.

Baton Rouge, Louisiana, August 17th 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA