# KEAN MILLER
KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

Gregory J. Barro, Esq. and Gregory J. Barro, A PLC  Page 1
400 Travis Street, Suite 1006  Inv# 1061082
Shreveport, LA 71101  Date 06/30/07
 019418.000000 JRC1

Re: Grant, Karen D. (Advs.)  FEI#72-0376776
 SEI#1278985001

Legal services rendered and/or related expenses incurred for the matters referred to below:

Date  Hours

04/10/07  TEM  Received and reviewed plaintiff's complaint; analyzed the allegations in plaintiff's complaint and developed defenses.  0.30

04/10/07  JRC1  Telephone conference with Garth Ridge regarding status of action; reviewed provisions of Fair Debt collection practices act and cases concerning representations in pleadings; reviewed summary of amount owed.  0.80

04/11/07  TEM  Identified cases relative to the applicability of the Fair Debt Collection Practices Act ████████  1.00

04/12/07  KWL  Held conference with S. Chastain on assisting with confirming date of service.  0.10

04/13/07  KWL  Went online and checked Middle District  0.20

22ND FLOOR ONE AMERICAN PLACE POST OFFICE BOX 3513 BATON ROUGE, LOUISIANA 70821 PHONE 225.387.0999 FAX 225.388.9133 keanmiller.com
BATON ROUGE  NEW ORLEANS  LAKE CHARLES  PLAQUEMINE



EXHIBIT 3

| Date | | | Hours |
|---|---|---|---|
| | | website on status of service. | |
| 04/16/07 | TEM | Analyzed jurisprudence interpreting 1692e and 1692f of the Fair Debt Collection Practices Act ███████ | 2.50 |
| 04/16/07 | JRC1 | Telephone conference with opposing counsel about status of matter and issues in case; reviewed fair debt provisions about allegations in pleadings. | 0.80 |
| 04/17/07 | TEM | Completed analysis of jurisprudence interpreting the 1692e and 1692f of the Federal Debt Collection Practices act ███████ drafted memorandum summarizing relevant jurisprudence ███████ | 2.80 |
| 04/19/07 | JRC1 | Reviewed memorandum concerning debt collection issues and causes of action; drafted letter to Greg B. about issues; reviewed cases concerning debt and Act. | 0.60 |
| 04/20/07 | JRC1 | Telephone conference with client about issues in case; reviewed cases ███████ | 1.30 |
| 04/23/07 | JRC1 | ███████ | 0.60 |

| Date | | | Hours |
|---|---|---|---|
| 04/24/07 | JRC1 | Revised letter ▓▓▓ | 0.50 |
| 04/25/07 | KWL | Reviewed file; held conference with legal assistant with Greg. Barro's office ▓▓▓ obtained copy of the Scheduling Order from Middle District; reviewed documents received via fax and forwarded to S. Chastain. | 0.60 |
| 04/25/07 | JRC1 | Reviewed petition and attachment in City Court; revised memorandum regarding dismissal; reviewed 90-day status report. | 1.00 |
| 04/26/07 | TEM | Analyzed jurisprudence ▓▓▓; identified and analyzed Louisiana jurisprudence that interpreted "debt" under the FDCPA ▓▓▓ analyzed merits of filing motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ▓▓▓ | 2.50 |
| 04/26/07 | JRC1 | Conference with Tara Montgomery concerning motion; reviewed e-mail from Greg B. ▓▓▓ reviewed cases; sent e-mail to Greg B. concerning matter. | 1.00 |
| 04/27/07 | TEM | Analyzed ▓▓▓ | 1.40 |

| Date | | | Hours |
|---|---|---|---|
| | | ███████████████ Louisiana jurisprudence ███████ ████ | |
| 04/27/07 | JRC1 | Reviewed Fifth Circuit case about debt; telephone conference with Greg Barro and discussed issues; sent e-mail to opposing counsel and received extensions. | 0.80 |
| 05/01/07 | JRC1 | Gave instructions to Tara Montgomery about extension; reviewed order regarding extension. | 0.20 |
| 05/02/07 | TEM | Identified and analyzed federal cases ███ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ developed arguments for motion to dismiss ████████████████████ | 2.80 |
| 05/02/07 | TEM | Considered the merits of an argument in the form of a motion to dismiss ███ ████████████████████████ ███ analyzed federal jurisprudence to identify cases supporting said argument. | 1.50 |
| 05/02/07 | TEM | Identified and analyzed federal cases ███ ████████████████████████ ████████████████████████ ████████████████████████ | 1.20 |

| Date | | | Hours |
|---|---|---|---|
| | ~~reasonableness~~ [redacted] | | |
| 05/02/07 | JRC1 | Reviewed Fifth Circuit decision and further considered issues; gave instructions to Tara Montgomery regarding motion to dismiss; analyzed issues. | 1.00 |
| 05/03/07 | TEM | Telephone call with client and Mr. Chastain [redacted] analyzed federal law and cases [redacted] | 0.80 |
| 05/03/07 | TEM | Telephone call with clien[t] [redacted], conducted additional research at request of client [redacted] | 1.80 |
| 05/03/07 | JRC1 | Reviewed cases [redacted] and considered further strategies; sent e-mail to client; gave instructions to Tara Montgomery regarding matter. | 1.00 |
| 05/04/07 | TEM | Completed analysis of cases [redacted]; analyzed cases [redacted] | 1.70 |

| Date | | | Hours |
|---|---|---|---|
| ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ drafted email correspondence to client ████ ██████████ | | | |
| 05/04/07 | JRC1 | Conference with Greg Barro regarding Fair Debt Collection Practices Act issues; gave instructions to Tara Montgomery; telephone conference with opposing counsel and discussed issues in case. | 0.70 |
| 05/07/07 | JRC1 | Telephone conference with Greg B. and discussed issues in case; ████████ ████████ ████████ telephone conference with opposing counsel about extension to negotiate further; gave instructions to Tara M. about matter. | 0.80 |
| 05/08/07 | JRC1 | Reviewed settlement offer from opposing counsel; reviewed cases regarding debt. | 0.30 |
| 05/10/07 | TEM | Telephone call with client ████████ ████████ | 0.20 |
| 05/14/07 | TEM | Developed defenses to Plaintiff's complaint; drafted answer and defense to Plaintiff's complaint; electronically filed answer and defenses to Plaintiff's complaint. | 1.50 |
| 05/14/07 | JRC1 | Telephone conference with Greg Barro ████████████████████ | 1.50 |

| Date | | | Hours |
|---|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with Greg Barro ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ gave instructions to Tara Montgomery concerning answer; reviewed draft of Answer. | | |
| 05/16/07 | TEM | Drafted motion to dismiss ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ developed and drafted the preliminary statement and section relative to the allegations of the plaintiff's complaint in the memorandum in support. | 2.40 |
| 05/17/07 | TEM | Drafted argument in memorandum in support of motion to dismiss that the affidavit and client's prayer for attorney's fees is not a "debt" pursuant to the FDCPA; supplemented supported argument with relevant cases and analysis. | 2.60 |
| 05/17/07 | TEM | Drafted argument in memorandum in support of motion to dismiss the affidavit and client's prayer for relief is not an obligation to pay; identified and analyzed cases in support of argument and supplemented memorandum therewith. | 2.30 |
| 05/18/07 | TEM | Drafted argument in the memorandum in support of motion to dismiss that a complaint regarding the reasonableness and/or amount of attorneys' fees is not actionable under the FDCPA; identified and analyzed relevant cases to support said argument; reviewed and revised motion to dismiss and memorandum in | 2.00 |

| Date | | | Hours | |
|---|---|---|---|---|
| | | support thereof. | | |
| 05/23/07 | JRC1 | Reviewed motion to dismiss and analyzed issues; revised memorandum. | 0.80 | |
| 05/24/07 | JRC1 | Reviewed letter from opposing counsel about Rule 26(f) conference; revised motion to dismiss. | 0.50 | |
| 05/29/07 | JRC1 | Revised motion to dismiss. | 0.30 | |
| 05/30/07 | JRC1 | Revised motion to dismiss and sent to Greg Barro for review. | 0.30 | |
| | | Total Services | 47.00 | $9,590.50 |

| Timekeeper | Hours | | Rate | | Total |
|---|---|---|---|---|---|
| Tara Montgomery | - 31.30 | x | 175.00 | = | 5,477.50 |
| Karen Lessard | - 0.90 | x | 130.00 | = | 117.00 |
| James "Sonny" Chastain | - 14.80 | x | 270.00 | = | 3,996.00 |

**Expenses**

| | |
|---|---|
| Telephone charges | 36.04 |
| PACER Services | 0.72 |
| **Total Expenses** | **$36.76** |
| **Total This Invoice** | **$9,627.26** |



KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

Gregory J. Barro, Esq. and Gregory J. Barro, A PLC  Page 9
400 Travis Street, Suite 1006  Inv# 1061082
Shreveport, LA 71101  Date 06/30/07
 019418.000000 -  JRC1

Re: Grant, Karen D. (Advs.)  FEI#72-0376776
 SEI#1278985001

## REMITTANCE COPY

Total Fees: $9,590.50
Total Expenses: $36.76

**Total this Invoice:** **$9,627.26**

Please return this remittance copy with your payment
which is due within 30 days of invoice date.

22ND FLOOR ONE AMERICAN PLACE POST OFFICE BOX 3513 BATON ROUGE, LOUISIANA 70821 PHONE 225.387.0999 FAX 225.388.9133 keanmiller.com
BATON ROUGE   NEW ORLEANS   LAKE CHARLES   PLAQUEMINE



# KEAN MILLER

KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

Gregory J. Barro, Esq. and Gregory J. Barro, A PLC  Page           1
400 Travis Street, Suite 1006                       Inv#      1062287
Shreveport, LA 71101                                Date     07/23/07
                                                    019418.000000  JRC1

Re: Grant, Karen D. (Advs.)                         FEI#72-0376776
                                                    SEI#1278985001

Legal services rendered and/or related expenses incurred for the matters referred to below:

| Date | | | Hours |
|---|---|---|---|
| 06/01/07 | TEM | Reviewed and prepared Motion to Dismiss for assembled exhibits to support Motion to Dismiss and prepared for filing. | 0.50 |
| 06/01/07 | KWL | Went online with the Middle District Court and assisted attorney with filing the Motion to Dismiss, Memorandum in Support and accompanying exhibits; printed out confirmation copy and forwarded to attorney. | 0.40 |
| 06/01/07 | JRC1 | Reviewed motion to dismiss; gave instructions to Tara M. about filing. | 0.30 |
| 06/25/07 | JRC1 | Received order from Magistrate canceling conference; telephone conference with Greg B. about order. | 0.30 |
| 06/26/07 | TEM | Analyzed the plaintiff's memorandum in opposition of motion to dismiss and considered necessary response. | 0.40 |
| 06/26/07 | TEM | Began drafting reply memorandum to | 2.80 |

| Date | | | Hours | |
|---|---|---|---|---|
| | | plaintiff's opposition to client's motion to dismiss. | | |
| 06/26/07 | TEM | Analyzed cases cited by the plaintiff in memorandum in opposition to motion to dismiss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.60 | |
| 06/26/07 | JRC1 | Reviewed opposition to motion to dismiss; reviewed cases cited; gave instructions to Tara regarding matter; telephone conference with Greg B. and discussed issues. | 1.30 | |
| 06/29/07 | JRC1 | Reviewed draft of reply in support of motion to dismiss and cases. | 0.50 | |
| | | Total Services | 7.10 | $1,452.50 |

| Timekeeper | | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| Tara Montgomery | - | 4.30 | x | 175.00 | = | 752.50 |
| Karen Lessard | - | 0.40 | x | 130.00 | = | 52.00 |
| James "Sonny" Chastain | - | 2.40 | x | 270.00 | = | 648.00 |

**Expenses**

Reproduction charges      1.43

                     **Total Expenses**      **$1.43**

                     **Total This Invoice**      **$1,453.93**



KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

Gregory J. Barro, Esq. and Gregory J. Barro, A PLC  Page                3
400 Travis Street, Suite 1006                       Inv#          1062287
Shreveport, LA 71101                                Date         07/23/07
                                                    019418.000000 -  JRC1

Re: Grant, Karen D. (Advs.)                         FEI#72-0376776
                                                    SEI#1278985001

## REMITTANCE COPY

Total Fees:                                                   $1,452.50
Total Expenses:                                                   $1.43

**Total this Invoice:**                                       **$1,453.93**

Please return this remittance copy with your payment
which is due within 30 days of invoice date.

22ND FLOOR ONE AMERICAN PLACE POST OFFICE BOX 3513 BATON ROUGE, LOUISIANA 70821 PHONE 225.387.0999 FAX 225.388.9133 keanmiller.com
BATON ROUGE   NEW ORLEANS   LAKE CHARLES   PLAQUEMINE



**KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP**
ATTORNEYS AT LAW

Gregory J. Barro, Esq. and Gregory J. Barro, A PLC  Page              1
400 Travis Street, Suite 1006                       Inv#        1064365
Shreveport, LA 71101                                Date        08/23/07
                                                    019418.000000   JRC1

Re: Grant, Karen D. (Advs.)                         FEI#72-0376776
                                                    SEI#1278985001

Legal services rendered and/or related expenses incurred for the matters referred to below:

| Date | | | Hours |
|---|---|---|---|
| 07/02/07 | TEM | Revised draft of reply memorandum in support of motion to dismiss. | 0.50 |
| 07/02/07 | TEM | Telephone call with client regarding reply memorandum in favor of motion to dismiss. | 0.50 |
| 07/02/07 | TEM | ████████ | 0.10 |
| 07/02/07 | JRC1 | Reviewed draft of reply. | 0.30 |
| 07/04/07 | TEM | Continued draft of reply Memorandum in Support of Motion to Dismiss by expanding and supplementing sections that distinguished plaintiff cases. | 3.70 |
| 07/04/07 | TEM | Analyzed cases provided by client ████████ | 1.90 |

22ND FLOOR ONE AMERICAN PLACE POST OFFICE BOX 3513 BATON ROUGE, LOUISIANA 70821 PHONE 225.387.0999 FAX 225.388.9133 keanmiller.com
BATON ROUGE   NEW ORLEANS   LAKE CHARLES   PLAQUEMINE

| Date | | | Hours | |
|---|---|---|---|---|
| 07/05/07 | JRC1 | Reviewed cases cited by Mr. Barro and considered for reply. | 0.50 | |
| 07/06/07 | JRC1 | Revised reply memorandum in support of Motion to Dismiss. | 0.80 | |
| 07/09/07 | JRC1 | Revised reply brief and motion for leave. | 1.00 | |
| 07/10/07 | JRC1 | Revised supplement reply brief in support of motion to dismiss. | 0.50 | |
| 07/12/07 | TEM | Identified and analyzed cases ▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇; drafted memorandum analyzing the cases ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | 0.80 | |
| 07/17/07 | TEM | Reviewed and revised reply memorandum in support of motion to dismiss and prepared for filing. | 1.60 | |
| 07/17/07 | JRC1 | Revised reply brief in support of motion to dismiss; reviewed cases cited by opposing counsel and distinguish. | 1.60 | |
| 07/18/07 | TEM | Received and reviewed order signed by Judge Brady granting leave of court to file Reply Memorandum in Support of Motion to Dismiss; drafted email correspondence to client advising of status. | 0.10 | |
| | | Total Services | 13.90 | $2,861.50 |

| Timekeeper | | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| Tara Montgomery | - | 0.10 | x | 0.00 | = | NO CHARGE |
| Tara Montgomery | - | 9.10 | x | 175.00 | = | 1,592.50 |
| James "Sonny" Chastain | - | 4.70 | x | 270.00 | = | 1,269.00 |

**Expenses**

Telephone charges　　　　　　　　　　　　　　　　　　1.02

PACER Services　　　　　　　　　　　　　　　　　　　2.32

**Total Expenses**　　　　　　　　$3.34

**Total This Invoice**　　　　　　　$2,864.84



KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

Gregory J. Barro, Esq. and Gregory J. Barro, A PLC  Page                4
400 Travis Street, Suite 1006                      Inv#          1064365
Shreveport, LA 71101                               Date         08/23/07
                                                   019418.000000 -  JRC1

Re: Grant, Karen D. (Advs.)                        FEI#72-0376776
                                                   SEI#1278985001

## REMITTANCE COPY

Total Fees:                                                    $2,861.50
Total Expenses:                                                    $3.34

**Total this Invoice:**                                        **$2,864.84**

Please return this remittance copy with your payment
which is due within 30 days of invoice date.

22ND FLOOR ONE AMERICAN PLACE  POST OFFICE BOX 3513  BATON ROUGE, LOUISIANA 70821  PHONE 225.387.0999  FAX 225.388.9133  keanmiller.com
BATON ROUGE   NEW ORLEANS   LAKE CHARLES   PLAQUEMINE